IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-1439-AP**

**JOHNNY R. COSTELLO,**

       Plaintiff,

v.

**LINDA S. McMAHON, Acting Commissioner of Social Security,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      Plaintiff's Motion to Change Administrative Law Judge Upon Remand (doc. #18), filed February 26, 2007, is denied as moot.  This court's order of remand, dated February 23, 2007, directed that this matter be assigned a different administrative law judge, as did the judgment entered on February 26, 2007.

Dated:  February 28, 2007