IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **06-cv-1439-AP**

**JOHNNY R. COSTELLO,**

Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

Defendant.

---

### ORDER

---

Kane, J.

The Unopposed Motion for Attorney Fees Under the EAJA (doc. #20), filed May 22,

2007, is **GRANTED**.  In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney

fees in the amount of **$2,923.20**.

Dated at Denver, Colorado, this 31th day of May, 2007.

BY THE COURT:


*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT