## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No.:     **06-cv-01439-AP**

**JOHNNY R. COSTELLO,**

                        Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

                        Defendant.

---

### ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b)

---

The matter before the Court is Plaintiff's Motion for an Award of Attorney's Fees Under 42 U.S.C. § 406(b) (doc. #24), filed July 29, 2009. The motion is GRANTED. It is

**ORDERED** that the Plaintiff's attorney shall be entitled to receive, from Plaintiff's past due benefits, an additional amount of $16,396.55 under 42 U.S.C. § 406(b) for representation in this Court.

DATED at Denver, Colorado, this 5th day of August, 2009.

                        BY THE COURT:

                        *s/John L. Kane*
                        JOHN L. KANE, SENIOR JUDGE
                        UNITED STATES DISTRICT COURT